

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00025-CV

Beatrice **VASQUEZ** & Darryl De La Cruz,
Appellants

v.

**OLD AUSTIN ROAD LAND TRUST**, Joseph Anthony Pizzini Individually and as Trustee of
Old Austin Road Land Trust, & John Price,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20809
Honorable David A. Canales, Judge Presiding

## O R D E R

After we reinstated this appeal, Appellees' brief was due on December 19, 2016. *See* TEX. R. APP. P. 38.6(b), (d). On the due date, Appellees filed an unopposed second motion for an extension of time to file their brief until January 18, 2017. *See id.* R. 10.5(b).

Appellees' motion for extension of time is GRANTED. Appellees' brief is due on January 18, 2017. Any further motion for extension of time to file Appellees' brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court